UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(The Honorable John A. Houston)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br> v.<br><br>MARCO HIPOLITO ARMENTA-ARMENTA<br>    Defendant. | CASE NO.  3:09-cr-04269-JAH<br><br>**ORDER AUTHORIZING INVESTIGATIVE EXPENSES AND INTERIM BILLING** |

GOOD CAUSE APPEARING, it is hereby ordered that investigative expenses are

authorized and interim billing is permissible in the above matter not to exceed $1,925.00 (i.e. thirty-

five hours) without further order of this Court.  Payment shall be made directly to AJ Hernandez

Investigations upon submittal of a CJA 21 voucher.

Date: July 12, 2010

_____
Honorable John A. Houston